**3**

J. T. DAVIS v. STATE. (No. 9686.) (Court of Criminal Appeals of Texas. Nov. 4, 1925.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Ramey & Davidson, of Sulphur Springs, and Crosby & Estes, of Greenville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**4**

Dennis ESTRADA v. STATE. (No. 9417.) (Court of Criminal Appeals of Texas. Oct. 28, 1925.) Appeal from District Court, Falls County; Prentice Oltorf, Judge. Frank Oltorf and Terry C. Dickens, both of Marlin, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Falls county of manslaughter, and his punishment fixed at two years in the penitentiary. By affidavits in proper form it is made to appear that since this appeal was perfected the appellant has died. The appeal will be abated.

**5**

Luther HELMS v. STATE. (No. 8982.) (Court of Criminal Appeals of Texas. Oct. 28, 1925.) Appeal from District Court, Stonewall County; Bruce W. Bryant, Judge. C. P. Chastain, of Hamlin, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The unlawful sale of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year. It is made to appear by the affidavit of the deputy sheriff of Stonewall county that the appellant, on the 4th day of April, 1925, was surrendered by the sureties on his bail bond to the sheriff of Stonewall county, and that thereafter, on the 5th day of April, 1925, the appellant made his escape, and has been at large since that time, not having returned voluntarily or been recaptured. The facts stated in the affidavit being true, this court is without jurisdiction to further consider the case.